UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:17-cr-00089-MOC-DCK

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| HECTOR TELLEZ-CRISANTO, | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on defendant's Motion to Enlarge Time to File Pretrial Motions, which is contained within defendant's Motion to Continue (#44). Having considered defendant's motion and reviewed the pleadings, the Court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendant's Motion to Enlarge Time to File Pretrial Motions (#44) is GRANTED, and defendant is allowed an additional 60 days within which to file such motions.

Signed: May 8, 2017

Max O. Cogburn Jr.
United States District Judge